IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JULIE WOODWARD                                                                    PLAINTIFF

v.                                    NO. 4:17CV00679 JM

SHEILA BELLOTT, Individually
and in Her Official Capacity as
Director of the Office of Emergency
Management of Faulkner County,
Arkansas; JIM BAKER, Individually
and in His Official Capacity as County
Judge of Faulkner County, Arkansas;
TOM ANDERSON, Individually and in
His Official Capacity as County Administrator
of Faulkner County, Arkansas; and
FAULKNER COUNTY, ARKANSAS                                                         DEFENDANTS

## JUDGMENT

Consistent with the Order entered on this day, this case is dismissed. All relief sought is denied, and the case is closed.

Dated this 16th day of October, 2019.

_____
James M. Moody, Jr.
United States District Judge